IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| William Bailey, *On behalf of himself and those similarly situated*, <br><br> Plaintiff, <br> v. <br><br> Six Slice Acquisitions, LLC, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-432 <br><br><br> Judge Michael R. Barrett <br><br> Magistrate Judge Karen L. Litkovitz |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendants Six Slice Acquisitions, LLC; Seven Slice, LLC; Big Deal Properties, LLC; On The Rise Properties, LLC; RRBB Enterprises, LLC; Five Slices, LLC; BWD Acquisitions, LLC; Bischel Winner, LLC; and Brian Drescher, by and through their counsel, have reached an agreement to resolve all claims in this litigation and will be filing with this Court the necessary motion to effectuate the agreement. The parties will file the Motion for Approval within the next 30 days.

Respectfully submitted,

/s/ *Laura E. Farmwwlad*            /s/ *Jeremy D. Smith (via email permission)*
Andrew R. Biller                                   Michael B. Mattingly, Esq.
Andrew P. Kimble                                  Jeremy D. Smith
Laura E. Farmwald                                  DINSMORE & SHOHL LLP
Biller & Kimble, LLC                                255 E. Fifth Street, Suite 1900
8044 Montgomery Rd., Ste. 515              Cincinnati, Ohio 45202
Cincinnati, OH 45236                               Tel: 513-832-5450
Telephone: (513) 202-0710                      Fax: 513-977-8141
Facsimile: (614) 340-4620                       michael.mattingly@dinsmore.com

akimble@billerkimble.com
abiller@billerkimble.com
lfarmwald@billerkimble.com

*Counsel for Plaintiffs and the putative class*

jeremy.smith@dinsmore.com

*Counsel for Defendants Six Slice Acquisitions, LLC; Seven Slice, LLC; Big Deal Properties, LLC; On The Rise Properties, LLC; RRBB Enterprises, LLC; Five Slices, LLC; BWD Acquisitions, LLC; Bischel Winner, LLC, and Brain Drescher*

**Certificate of Service**

I hereby certify that a copy of the foregoing was filed electronically on December 23, 2023.

Notice of this filing will be sent to all Parties by operation of the Court's electronic filing system

*/s/ Laura Farmwald*
Laura E. Farmwald
